FELICIA KENT, )
    Plaintiff, )
                                ) **JUDGMENT IN A CIVIL CASE**
    v. ) **CASE NO. 5:12-CV-359-BO**
                                )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
    Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on March 5, 2013, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

DATE                                                 JULIE A. RICHARDS, CLERK
March 5, 2013                              /s/ Susan K. Edwards
                                                      (By) Susan K. Edwards, Deputy Clerk