IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-359-BO

| FELICIA KENT, | ) |  |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Upon motion of the Plaintiff, and with no objection by Defendant,

It is ORDERED that the Commissioner of Social Security pay to Plaintiff's attorney the sum of $2,275.00 in full satisfaction of any and all claim for fees, costs, and other expenses arising under EAJA, 28 U.S.C. § 2412(d).

This 22 day of April, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE