UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FELICIA KENT, )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:12-CV-359-BO
 )
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff's attorney the sum of $2,275.00 in full satisfaction of any and all claim for fees, costs and other expenses arising under the EAJA, 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on April 23, 2013, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

DATE                                                  JULIE A. RICHARDS, CLERK
April 23, 2013                                  /s/ Susan K. Edwards
                                                           (By) Susan K. Edwards, Deputy Clerk